**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JANET CURET,

                    Plaintiff,                                    22 **CIVIL** 9178 (JLC)

      -v-                                                         **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated April 18, 2023, that the final decision of the

Commissioner of Social Security be, and hereby is remanded to the Commissioner of Social

Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

**Dated:** New York, New York
          April 18, 2023

                                                     **RUBY J. KRAJICK**

                                        _____
                                                     **Clerk of Court**

                            **BY:**        K. Mango
                                        _____
                                                     **Deputy Clerk**